Percy Panarsky, Appellant, v. London Guarantee and Accident Company, Limited, Appellee.

Gen. No. 44,341.

opinion filed May 24, 1948; released for publication June 8, 1948. Harry George, for appellant; Meyer Abrams, of counsel; John E. Wilson, for appellee. Opinion by JUSTICE FEINBERG. Not to be published in full.

